**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-mj-01520-DUTY |
| Cesar Roland Canis-Pernillo | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing
is set for _March 24_____, _2026_____, at _1:30_____ ☐a.m. / ☒p.m. before the
Honorable _Charles Eick_____, in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
         *(Other custodial officer)*

Dated: _3/23/2026_____        _____
                                        Honorable Maria A. Audero, U.S. Magistrate Judge